```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 22016
   TAKEYSHIA L WATSON
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0674

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/21/2007 and was confirmed 01/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 08/28/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                   PAID            PAID
-------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC   18598.00          388.97         362.67
ADVOCATE HEALTH CARE      UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED         1261.16            .00            .00
ER SOLUTIONS INC          UNSECURED        NOT FILED           .00            .00
CINGULAR WIRELESS         UNSECURED        NOT FILED           .00            .00
HSBC BANK NEVADA NA       UNSECURED          597.04            .00            .00
PAY DAY LOAN STORE        UNSECURED        NOT FILED           .00            .00
QUEST DIAGNOSTIC          UNSECURED        NOT FILED           .00            .00
MICHIGAN DEPT OF EDUCATI  UNSECURED             .00            .00            .00
MICHIGAN DEPT OF EDUCATI  UNSECURED             .00            .00            .00
MICHIGAN DEPT OF EDUCATI  UNSECURED             .00            .00            .00
MICHIGAN DEPT OF EDUCATI  UNSECURED             .00            .00            .00
MICHIGAN DEPT OF EDUCATI  UNSECURED             .00            .00            .00
MICHIGAN DEPT OF EDUCATI  UNSECURED             .00            .00            .00
MICHIGAN DEPT OF EDUCATI  UNSECURED             .00            .00            .00
MICHIGAN DEPT OF EDUCATI  UNSECURED             .00            .00            .00
SANTA BARBARA BANK & TRU  UNSECURED          600.00            .00            .00
WORLD FINANCIAL NETWORK   UNSECURED          739.76            .00            .00
H&H APARTMENTS            NOTICE ONLY     NOT FILED           .00            .00
CAPITAL ONE AUTO FINANCE  UNSECURED          573.24            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,464.00                      1,460.64
TOM VAUGHN                TRUSTEE                                          187.72
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   2,400.00

PRIORITY                                                  .00
SECURED                                                362.67

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22016 TAKEYSHIA L WATSON
```

```
    INTEREST                                             388.97
UNSECURED                                                   .00
ADMINISTRATIVE                                         1,460.64
TRUSTEE COMPENSATION                                     187.72
DEBTOR REFUND                                               .00
                                    ---------------    ---------------
TOTALS                                    2,400.00         2,400.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/20/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                          PAGE   2
        CASE NO. 07 B 22016 TAKEYSHIA L WATSON